IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. NEWTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENNSYLVANIA STATE POLICE, )<br>)<br>Defendant. ) | Civil Action No. 18-1639<br>Magistrate Judge Maureen P. Kelly |

## JUDGMENT

AND NOW, this 24th day of March 2022, upon the entry of a jury verdict on November 10, 2021, in favor of Plaintiff Robert M. Newton and against Defendant Pennsylvania State Police awarding Plaintiff compensatory damages, ECF No. 155, and the entry of an Order granting Plaintiff Robert M. Newton's Motion for Back Pay, Front Pay and Prejudgment Interest, ECF No. 177, and the entry of a Memorandum Order granting Plaintiff Robert M. Newton's Motion for Attorney's Fees and Expenses, ECF No. 178,

IT IS HEREBY ORDERED that JUDGMENT is entered in favor of Plaintiff Robert M. Newton and against Defendant Pennsylvania State Police in the total amount of $1,953,365.09, as follows:

1. Compensatory damages in the amount of $100,000.
2. Back pay in the amount of $132,276.00.
3. Prejudgment interest in the amount of $5,136.18.
4. Front pay in the amount of $1,300,042.00.

5. Lost pension benefits in the amount of $215,820.00.

6. Attorneys' Fees in the amount of $195,172.50 and expenses in the amount of $4,918.41.

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE